# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1737
_____

Michael Demetera Kirkland
Sr,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

June 7, 2024

Per Curiam.

    Affirmed.

Lewis, M.K. Thomas, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.